Renner K. Walker (Bar No. 295889)
rwalker@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, Fourteenth Floor
New York, NY 10004
Telephone: (646) 357-1100
Facsimile: (212) 202-4322

*Attorney for Plaintiffs*

(Additional counsel listed on signature page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINEETH ANANTHULA, CALISTA SCHENCK, CRYSTAL CRENSHAW, THITIPUN SRINARMWONG, and DAVID BEVVINO-BERV**, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>**MERCOR.IO CORPORATION d/b/a MERCOR, DELVE TECHNOLOGIES INC., BERRIE AI INCORPORATED d/b/a LITELLM, and DOE AI LAB DEFENDANTS 1 10**,<br><br>    Defendants. | Case No.: 3:26-cv-03362<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1

Plaintiffs Calista Schenck, Crystal Crenshaw, Thitipun Srinarmwong, and David Bevvino-Berv ("Plaintiffs"),[1] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss *without prejudice* all their individual claims in this action against all Defendants. Defendants have not served an answer or motion for summary judgement in this action.

Plaintiffs intend to imminently refile and relate this case to *In re Mercor.IO Corporation Data Breach Litigation*, No.: 26-cv-02821-WHO, as a separate track. Plaintiffs have determined that a separate track focusing solely on the privacy and statutory claims asserted in this matter (for clarity, Case No. 3:26-cv-03362)—as opposed to data breach claims—is in the best interest of the class and of judicial economy.

Dated: June 18, 2026

Respectfully submitted,

*/s/ Renner K. Walker*
Renner K. Walker (Bar No. 295889)
Steven M. Nathan (Bar No. 153250)
Jacob Leiken (admitted *pro hac vice*)
**HAUSFELD LLP**
rwalker@hausfeld.com
snathan@hausfeld.com
jleiken@hausfeld.com
33 Whitehall Street, Fourteenth Floor
New York, NY 10004

---

[1] On May 19, 2026, this Court granted the Motion to Consolidate and Appoint Interim Lead Counsel in *Deboni v. Mercor.Io Corporation*, Case No. 26-cv-02821-WHO. Dkt. 29. In the Court's Order, the Court ordered the Plaintiffs to file a Consolidated Class Action Complaint within 30 days. Plaintiff Vineeth Ananthula is joining that action as a class representative and is not voluntarily dismissing his claims against Mercor insofar as they are asserted in the Consolidated Class Action Complaint. *See* Dkt. 31.

Telephone: (646) 357-1100
Facsimile: (212) 202-4322

James J. Pizzirusso*
jpizzirusso@hausfeld.com
Ian J. Engdahl*
iengdahl@hausfeld.com
**HAUSFELD LLP**
1200 17th Street N.W., Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Christopher L. Lebsock (Bar No. 184546)
clebsock@hausfeld.com
**HAUSFELD LLP**
580 California Street, 12th Floor
San Franscisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 633-4980

Nicholas Andrew Hall*
nhall@hallattorneys.com
**HALL ATTORNEYS, P.C.**
P.O. Box 1370
Edna, Texas 77957
Telephone: (713) 428-8967

*Attorneys for Plaintiffs*

*\* Pro Hac Vice forthcoming*